1  BARRY E. HINKLE, Bar No. 071223
   TRACY L. MAINGUY, Bar No. 176928
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bhinkle@unioncounsel.net
6            tmainguy@unioncounsel.net
             kzinnen@unioncounsel.net
7
   Attorneys for Plaintiffs/ Judgment Creditors
8

9                UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  THE BOARD OF TRUSTEES, in their          No. 15-MC-00037-EPG
    capacities as Trustees of the CEMENT
13  MASONS HEALTH AND WELFARE TRUST          **ORDER THAT U.S. MARSHAL NOT**
    FUND FOR NORTHERN CALIFORNIA;            **RELEASE PROPERTY CLAIMED AS**
14  CEMENT MASONS PENSION TRUST FUND         **EXEMPT UNTIL DISTRICT COURT**
    FOR NORTHERN CALIFORNIA; CEMENT          **RULES ON MAGISTRATE JUDGE'S**
15  MASONS VACATION/HOLIDAY TRUST            **REPORT AND RECOMMENDATION**
    FUND FOR NORTHERN CALIFORNIA; and
16  CEMENT MASONS APPRENTICESHIP AND         Date:      December 4, 2015
    TRAINING TRUST FUND FOR NORTHERN         Time:      10:00 a.m.
17  CALIFORNIA,                              Dept.:     10
                                             Judge:     Hon. Erica P. Grosjean
18
                        Plaintiffs,
19
            v.
20
21  SAMUEL MAGANA CASTILLO, individually
    and doing business as CONCRETE BY SMC;
22  and CONCRETE BY SMC,

23                      Defendants.

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

ORDER THAT U.S. MARSHAL NOT RELEASE PROPERTY CLAIMED AS EXEMPT UNTIL DISTRICT
COURT RULES ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
Case No. 15-MC-00037-EPG

1    Plaintiffs' Motion for Order Determining Claim of Exemption came on for hearing on

2  December 4, 2015 at 10:00 a.m. in the Courtroom of United States Magistrate Judge Erica P.

3  Grosjean of the United States District Court for the Eastern District of California, located at 2500

4  Tulare Street, Department 10, Fresno, California. Plaintiffs THE BOARD OF TRUSTEES, in

5  their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST

6  FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR

7  NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND

8  FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND

9  TRAINING TRUST FUND FOR NORTHERN CALIFORNIA (hereinafter "Trust Funds" or

10  "Plaintiffs") were represented by Tracy Mainguy of Weinberg, Roger & Rosenfeld, who appeared

11  telephonically; Defendant made no appearance.

12    The Court intends to recommend that Defendant's claim of exemption be denied. Based

13  on Plaintiffs' representation that the U.S. Marshal may release the property at issue before such

14  recommendations can be adopted by the United States District Judge assigned to this case,

15  however, and good cause appearing, IT IS HEREBY ORDERED that the U.S. Marshal is

16  DIRECTED to hold the property claimed to be exempt, which is the $13,580.00 in accounts

17  receivable remitted to the U.S. Marshal by Dale Atkins Contractor in response to a levy, pending

18  the United States District Judge's adoption of the Court's Findings and Recommendations

19  regarding the claim of exemption.

20    The Court's Findings and Recommendations will follow the issuance of this Order.

21  IT IS SO ORDERED.

22

23    Dated:   **December 4, 2015**        /s/ _Erica P. Grosjean_

24                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

ORDER THAT U.S. MARSHAL NOT RELEASE PROPERTY CLAIMED AS EXEMPT UNTIL DISTRICT
COURT RULES ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
Case No. 15-MC-00037-EPG