1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their              No.  1:15-mc-00037-DAD-EPG
     capacities as Trustees of the CEMENT
12  MASONS HEALTH AND WELFARE
     TRUST FUND FOR NORTHERN
13  CALIFORNIA; CEMENT MASONS                     ORDER ADOPTING FINDINGS AND
     PENSION TRUST FUND FOR                       RECOMMENDATIONS RECOMMENDING
14  NORTHERN CALIFORNIA; CEMENT                   THAT DEFENDANT'S CLAIM OF
     MASONS VACATION/HOLIDAY                      EXEMPTION BE DENIED
15  TRUST FUND FOR NORTHERN
     CALIFORNIA; and CEMENT MASONS
16  APPRENTICESHIP AND TRAINING
     TRUST FUND FOR NORTHERN
17  CALIFORNIA,                                   (Doc. No. 22)

18                    Plaintiffs,

19        v.

20  SAMUEL MAGANA CASTILLO,
     individually and doing business as
21  CONCRETE BY SMC; and CONCRETE
     BY SMC,
22
                      Defendants.
23

24        Plaintiff Board of Trustee's Motion for Order Determining Claim of Exemption came on

25  for hearing on December 4, 2015 before United States Magistrate Judge Erica P. Grosjean.  (Doc.

26  No. 22.)  On December 10, 2015, the Magistrate Judge issued Findings and Recommendations

27  recommending that Defendant Samuel Magana Castillo's Claim of Exemption be denied.  (Doc.

28  No. 22.)  The Findings and Recommendations were served on defendants with instructions that

                                               1

1    any objections must be filed within fourteen days.  Defendants did not file any objections.  At the

2    request of plaintiffs, the Magistrate Judge also ordered the U.S. Marshal Service to hold the

3    property in dispute pending the adoption of the Findings and Recommendations.

4         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

5    *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the

6    Findings and Recommendations are supported by the record and proper analysis.  Accordingly:

7         1.   The Findings and Recommendations dated December 10, 2015 (Doc. No. 22), are

8           ADOPTED IN FULL;

9         2.   Defendants' Claim of Exemption is DENIED in its entirety;

10         3.   The U.S. Marshal Service is DIRECTED to release the $13,580.00 received from

11           Dale Atkins Contractor in response to Plaintiffs' levy to Plaintiffs and deposit the

12           funds into Plaintiffs' counsel's trust account.

13         The Clerk of the Court is DIRECTED to serve a copy of this order on defendant at 1042

14    East K Avenue, Visalia, California 93292.

15

16    IT IS SO ORDERED.

17

18    Dated:   **January 5, 2016**

                 _____

19                DALE A. DROZD

               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28